**No. 61336.**—Person & Weidhorn *v.* United States, protests 160232–K (A), etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of four-color prints similar in all material respects to those the subject of Abstract 60598, the claim of the plaintiff was sustained.